[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 20, 2007
THOMAS K. KAHN
CLERK

No. 06-12081
Non-Argument Calendar

_____

D. C. Docket No. 05-00411-CR-T-27-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JHEISON CAMPINO-PALACIOS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 20, 2007)**

Before WILSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Jheison Campino-Palacios in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Campino-Palacios's conviction and sentence are **AFFIRMED**. Campino-Palacios's "Motion to Continue and Preserve His Rights to Appeal and to Request the Court to Appoint a New Attorney to Continue his Appeal Process" is **DENIED AS MOOT**.

Although we affirm Campino-Palacios's sentence, we note that his judgment contains a clerical error. The district court's written judgment, while correctly indicating that Campino-Palacios pled guilty to count two of the indictment, nevertheless described the offense of conviction as the possession with intent to distribute count, which was actually count one of the indictment. Therefore, although we affirm Campino-Palacios's sentence, we **VACATE and REMAND** for the limited purpose of correcting the clerical error in his judgment.